**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 21-7575**

─────────

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

DAVID HILL,

         Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:01-cr-00191-CMH-1)

─────────

Submitted: November 17, 2022             Decided: November 22, 2022

─────────

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

David Hill, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill appeals the district court's omnibus order denying various motions filed in Hill's 2001 criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. Oct. 25, 2021). We deny Hill's motions for leave to correct a clerical error on the district court's civil docket in another case; to vacate his convictions; for transcripts at government expense; for reassignment to a different district court judge; and to take judicial notice of FBI documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
